SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*E-file 8/30/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIREZA SHIRVANI MAHDAVI,<br><br>           Plaintiff,<br><br>     v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; CHRISTINA POULOS, Director of the California Service Center, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>           Defendants. | No. C 07-2193 RMW<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel

Parties' Request for Exemption
C07-2193 RMW                                    1

1 | Defendants to adjudicate the application for adjustment of status. Given the substance of the
2 | action and the lack of any potential middle ground, ADR will only serve to multiply the
3 | proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c),
4 | the parties request the case be removed from the ADR Multi-Option Program and that they be
5 | excused from participating in the ADR phone conference and any further formal ADR process.

6 | Dated: July 6, 2007            Respectfully submitted,

7 |                                 SCOTT N. SCHOOLS
                                    United States Attorney
8 |

9 |

10 |                                 /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
11 |                                Attorney for Defendants

12 |

13 | Dated: July 6, 2007            /s/
                                    JUSTIN FOK
14 |                                Attorney for Plaintiff

15 |

16 |

17 |                                **ORDER**
     Pursuant to stipulation, IT IS SO ORDERED.
18 |

19 |

20 | Date:   8/30/07
                                    _____
                                    HOWARD R. LLOYD
21 |                                United States Magistrate Judge

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Parties' Request for Exemption
C07-2193 RMW                            2