SCOTT N. SCHOOLS (SC 9990)                          *E-filed 10/3/07*
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALIREZA MAHDAVI, | ) | No. C07-2193 HRL |
|        Plaintiff, | ) | |
| | ) | |
|   v. | ) | STIPULATION TO SUBMISSION ON |
| | ) | THE BRIEFS OR RESCHEDULING; |
| ALBERTO GONZALES, United States | ) | ORDER |
| Attorney General; et al., | ) | |
| | ) | |
|        Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
C07-2193 HRL

1   The above captioned case is currently scheduled for a hearing on the parties' cross motions

2   for summary judgment on November 6, 2007.  Defendants' counsel is scheduled to appear before

3   the Ninth Circuit Court of Appeals on November 7, 2007, on another matter.  Accordingly, the

4   parties hereby stipulate, subject to approval of the Court, to submit the cross motions for

5   consideration without oral argument.  Alternatively, the parties stipulate to continue the hearing on

6   said motions to November 13, 2007, at 10:00 a.m.

7   Dated: October 1, 2007                                    Respectfully submitted,

8                                                             SCOTT N. SCHOOLS
                                                              United States Attorney

9

10                                                            _____/S/_____
                                                              MELANIE L. PROCTOR
11                                                            Assistant United States Attorney

12                                                            _____/s/_____
13   Dated: October 1, 2007                                   JUSTIN FOK
                                                              Attorney for Plaintiff
14

15                                    **ORDER**

16   Pursuant to the stipulation of the parties, the hearing set for November 6, 2007 is hereby

17   VACATED.  The motions will be deemed submitted on October 16, 2007, the date replies are due.

18   IT IS SO ORDERED.

19   Dated:   10/3/07

20                                                            _____
                                                              HOWARD R. LLOYD
21                                                            United States Magistrate Judge

22

23

24

25

26

27

28