NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIREZA SHIRVANI MAHDAVI,<br><br>    Plaintiff,<br>v.<br><br>ALBERTO GONZALES, United States Attorney General; et al.,<br><br>    Defendants. | No. C07-02193 HRL<br><br>**ORDER DISMISSING CASE**<br><br>Re: Docket Nos. 23 and 24 |

    Plaintiff Alireza Shirvani Mahdavi, an Iranian citizen, sued to compel the processing of his employment-based I-485 application for adjustment of status to lawful permanent resident. On November 21, 2007, this court decided the parties' cross motions for summary judgment. That order compelled Defendants to adjudicate Plaintiff's adjustment application within two months and to file an affidavit demonstrating compliance. On December 17, 2007, Defendants filed an affidavit in accordance with that order.

    Therefore, the case is dismissed and the clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 1/2/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2193 Notice has been electronically mailed to:**

Justin Fok jfok@jclawoffice.com, bli@jclawoffice.com

Melanie Lea Proctor Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

Dated: 1/2/08

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd